ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ROBERT DIGIOVANNI,

          Plaintiff,

   -against-

State of N.Y. Department of Motor Vehicle;
Chief Administrative Judge TRAUBE;
Administrative Hearing Officer D. HAMSHO;
Administrative Hearing Officer BRIAN LEVINE;
Officer TAMAR USTER,

          Defendants.
-----------------------------------------------------------x

**ORDER**
09-CV-5640 (KAM)

**COGAN**, District Judge:

On December 28, 2009, plaintiff Robert DiGiovanni, appearing *pro se*, filed this action pursuant to 42 U.S.C. § 1983. He alleges violations of his federal and state rights at a hearing before the New York State Department of Motor Vehicles. At the same time, plaintiff also submitted a proposed order to show cause for preliminary injunction and temporary restraining order seeking the imposition of various procedures to be applied to DMV hearings. Because plaintiff has neither demonstrated a likelihood of success on the merits nor made a showing of immediate or irreparable harm, the Court declines to sign plaintiff's proposed order to show cause. The Court will continue to review plaintiff's complaint pursuant to 28 U.S.C. § 1915.

**SO ORDERED.**

/Signed by Judge Brian M. Cogan/
U.S.D.J.

Dated: Brooklyn, New York
      December 28, 2009